IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| FOR THE USE AND BENEFIT OF | § | |
| CEMEX CONSTRUCTION MATERIALS | § | |
| SOUTH, LLC | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 1:13-cv-00080 |
| | § | |
| | § | |
| COLONIAL AMERICAN CASUALTY, | § | |
| AND SURETY COMPANY, ET AL. | § | COMPLAINT UNDER MILLER ACT |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff CEMEX Construction Materials South, LLC provides the following information:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

    (a) Cemex Corp.

    (b) CEMEX Inc.

    (c) CEMEX Materials LLC

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    (a) CEMEX Construction Materials South, LLC

    (b) Colonial American Casualty and Surety Company

    (c) Fidelity and Deposit Company of Maryland

    (d) Zurich American Insurance Company

Respectfully submitted,

LOOPER REED & McGRAW, P.C.

BY: /s/ Ben L. Aderholt
Ben L. Aderholt
State Bar No. 00909000
Joe Virene
State Bar No. 24060779
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
baderholt@lrmlaw.com
jvirene@lrmlaw.com

ATTORNEYS FOR PLAINTIFF, CEMEX
CONSTRUCTION MATERIALS SOUTH, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on those parties entitled to notice via this Court's ECF system on this 22nd day of July, 2013.

/s/ Ben Aderholt
Ben Aderholt